**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Kevin REAVES, Defendant-Appellant.**

**No. 17-10771**

**Non-Argument Calendar**

United States Court of Appeals, Eleventh Circuit.

(September 27, 2017)

Wifredo A. Ferrer, Emily M. Smachetti, U.S. Attorney's Office, Miami, FL, William T. Shockley, U.S. Attorney's Office, Fort Lauderdale, FL, for Plaintiff-Appellee

Peter Vincent Birch, Federal Public Defender's Office, West Palm Beach, FL, Michael Caruso, Federal Public Defender, Federal Public Defender's Office, Miami, FL, for Defendant-Appellant

Before HULL, WILSON and MARTIN, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal waiver in Appellant's plea agreement is GRANTED. *See United States v. Bushert*, 997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced if it was made knowingly and voluntarily).